

# Fourth Court of Appeals
## San Antonio, Texas

December 22, 2021

No. 04-21-00576-CV

**IN RE** Jeanette **MORENO**

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-01262
Honorable Antonia Arteaga, Judge Presiding

# O R D E R

On December 22, 2021, relator filed a petition for writ of mandamus and a motion for emergency temporary relief. This court believes a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). The respondent and the real party in interest may file a response to the petition in this court **by January 6, 2022.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

Relator's motion for emergency temporary relief is **GRANTED**. We **ORDER** the trial in this cause, currently set to begin on January 4, 2022, **STAYED** pending further order of this court. *See* TEX. R. APP. P. 52.10(b).

It is so **ORDERED** on December 22, 2021.

**PER CURIAM**

ATTESTED TO: _____
Michael A. Cruz,
Clerk of Court